*WENDY J. OLSON*
*UNITED STATES ATTORNEY*
*CHRISTIAN S. NAFZGER, IDAHO BAR NO. 6286*
*ASSISTANT UNITED STATES ATTORNEY*
*DISTRICT OF IDAHO*
*WASHINGTON GROUP PLAZA IV, SUITE 600*
*800 EAST PARK BOULEVARD*
*BOISE, IDAHO 83712*
*TELEPHONE: (208) 334-1211*
*FACSIMILE: (208) 334-1038*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR No. 10-CR-112-S-EJL |
| vs. | ) NOTICE OF SENTENCING |
| JUSTIN LYLE IZATT, | ) ENHANCEMENT |
| Defendant. | ) |

The United States of America and Wendy J. Olson, United States Attorney for the District of Idaho, and Christian S. Nafzger, the undersigned Assistant United States Attorney, pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 851, allege that the defendant's prior felony drug offense convictions which subject him to increased punishment are as follows:

1. On or about June 24, 2002, in the District Court of the Fifth Judicial District of the State of Idaho, in and for Twin Falls County, in case number CR01-2459, the

-1-

defendant, JUSTIN LYLE IZATT, present with counsel, was convicted of the crime of Possession of a Controlled Substance With Intent to Deliver, in violation of Idaho Code, Section 37-2732(a)(1)(A), a felony drug offense, as defined by 21 U.S.C. § 802(44), for which he was sentenced to a term of six years imprisonment.

2. On or about June 24, 2002, in the District Court of the Fifth Judicial District of the State of Idaho, in and for Twin Falls County, in case number CR01-3002, the defendant, JUSTIN LYLE IZATT, present with counsel, was convicted of the crime of Possession of a Controlled Substance With Intent to Deliver, in violation of Idaho Code Section 37-2732(a)(1)(A), a felony drug offense, as defined by 21 U.S.C. § 802(44), for which he was sentenced to a term of six years imprisonment.

As a result of these two prior felony drug offense convictions, the defendant is subject to increased punishment as follows:

The defendant is charged in Count One of the First Superseding Indictment with Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). Pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 851, based upon the defendant's prior felony drug convictions set forth above, the defendant shall be sentenced on Count One to a mandatory minimum term of imprisonment of life without release and a fine not to exceed $8,000,000.

This information serves as the defendant's notice under 21 U.S.C. § 851.

Dated this 19th day of August, 2010.

                          WENDY J. OLSON
                          United States Attorney

                          _____
                          /s/ Christian S. Nafzger
                          Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Idaho, and that a copy of the foregoing Notice of Sentencing Enhancement was served on all parties named below this 19th day of August, 2010.

    ___ United States Mail, postage prepaid

    ___ Hand delivery

    ___ Facsimile Transmission (fax)

    ___ Federal Express

    _x_ ECF Filing

David Douglas Nelson
Roark Law Firm
Attorneys at Law
409 North Main Street
Hailey, Idaho 83333

G. Scott Gatewood
Sallaz & Gatewood, PLLC
Attorneys at Law
100 South Roosevelt Street
Post Office Box 8956
Boise, Idaho 83705

                                                   _____
                                                   /s/ Christian S. Nafzger