UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JUSTIN LYLE IZATT,<br><br>               Defendant. | Case No. 1:10-CR-00112-EJL<br><br>**VERDICT** |

We, the jury empaneled in the above-entitled action, unanimously find the following:

1. As to Count One, Possession with Intent to Distribute Methamphetamine, we unanimously find the Defendant, Justin Lyle Izatt

    ___ Not Guilty            X Guilty

If you answered Question No. 1 "Not Guilty," skip Question No. 2 and have the foreperson sign and date the Verdict Form.

If you answered Question No. 1, "Guilty," proceed to Question No. 2.

2. As to Count One, we unanimously find the Defendant, Justin Lyle Izatt, possessed with intent to distribute the following quantity of a controlled substance:
   [Mark only one of the following verdicts]

   __X__     More than 50 grams of actual or pure methamphetamine

   _____     5 - 50 grams of actual or pure methamphetamine

   _____     Less than 5 grams of actual or pure methamphetamine


Dated: _12-16-10_     _Ralph C. Drake_
                          Foreperson