UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTIN LYLE IZATT,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 1:13-CV-00431-EJL<br>    1:10-CR-00112-EJL<br><br>**JUDGMENT** |

  Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner, Justin Lyle Izatt, take nothing the Respondent and the civil action associated with this matter is **DISMISSED IN ITS ENTIRETY**.

DATED: **February 1, 2017**

_[signature]_

~~Honor~~able Edward J. Lodge
U. S. District Judge

JUDGMENT - 1